65 A.3d 678

ST. JOSEPH MEDICAL CENTER, Mark G. Midei, M.D.,
and Midatlantic Cardiovascular Associates, P.A.

v.

The Honorable John Grason TURNBULL, II.

Misc. No. 21, Sept. Term, 2012.

Court of Appeals of Maryland.

March 15, 2013.

Andrew D. Levy (Greg P. Care of Brown, Goldstein & Levy, LLP of Baltimore, MD), Thomas V. Monahan, Jr., Kristin L. Rieger, Jeffrey J. Hines, Cheryl Zak Lardieri, Goodell, DeVries, Leech & Dann, LLP, Baltimore, MD, Mark A. Johnston, Edward J. Longosz, II, Sarah Shyr, Eckert, Seamans, Cherin & Mellott, LLC, Washington, DC, James R. Chason, Chason, Rosner, Leary & Marshall, LLC, Towson, MD, for St. Joseph Medical Center, Inc.

Mary Alane Downs, Steffany Bender, Morgan, Carlo, Downs & Everton, PA, Hunt Valley, MD, for Midatlantic Cardiovascular Associates, Inc.

J. Michael Sloneker, Danielle Dinsmore, Gregory L. VanGeison, Anderson, Coe & King, LLP, Baltimore, MD, Michael J. Baxter, David J. McManus, Jr., Trace Krueger, Baxter, Baker, Sidle, Conn & Jones, P.A., Baltimore, MD, for Mark G. Midei.

William F. Brockman, Assistant Attorney General (Douglas F. Gansler, Attorney General of Maryland, Steven M. Sullivan and H. Scott Curtis, Assistant Attorneys General, of Baltimore, MD, for appellee.

William H. Murphy, Jr. (Murphy, Falcon, Murphy, Ravenall & Koch of Baltimore, MD; Robert J. Weltchek, Kristopher A. Mallahan, Nolan J. Weltchek and Nathan W. Hopkins of Weltchek, Mallahan & Weltchek LLC of Lutherville, MD for Amicus Curiae, Glenn L. Weinberg) in support of appellee.

Howard A. Janet (Giles H. Manley, Joyce E. Jones and Jessica Meeder of Janet, Jenner and Suggs, LLC of Baltimore, MD for Amici Curiae Carl and Dorothy Sullivan) in support of appellee.

Argued before BELL, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, BARBERA, and McDONALD, JJ.

## ORDER

Upon consideration of the Petition for Writ of Mandamus and/or Writ of Prohibition, and the responses filed thereto, and after consideration of the arguments of Counsel, a majority of the Court of Appeals concurring,* for reasons to be stated in an opinion to be filed later, it is this 15th day of March, 2013, by the Court of Appeals,

ORDERED, that the Administrative Orders of Judge Turnbull, the Administrative Judge of the Circuit Court for Baltimore County, dated November 2, and 28, 2012, relating to bifurcation and reassignment of two cases, the subject of these proceedings, be and they are hereby vacated; and it is further,

ORDERED, that the cases referenced herein, *Weinberg v. Midei, et al.,* case number 03 C 10 12603 and *Sullivan, et al. v. St. Joseph Medical Center, Inc., et al.,* case number 03 C 10 12624, be and they are hereby remanded to the Circuit Court for Baltimore County for further proceedings; and it is further,

ORDERED, that the Order of this Court dated February 15, 2013, granting a stay of the *Metzdorf* case be, and it is hereby, vacated.

---

* Judge Harrell joins the Majority, except in so far as this Court's Order vacates that portion of Judge Turnbull's November 2, 2012, Order reassigning the three underlying cases to Judge Souder. Judge Harrell would leave intact that reassignment.